IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DEWAYNE STRAW, AIS # 276212 | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 1:14-CV-589-WKW [WO] |
| WILLIE THOMAS and STEVEN T. MARSHALL,[1] | ) ) ) | |
| Respondents. | ) | |

## **ORDER**

On March 31, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation (Doc. # 13) is ADOPTED;

2. Straw's Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED; and

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 26th day of April, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Luther Strange's successor as Attorney General of Alabama, Steven T. Marshall, is substituted as Defendant.